**Opinion issued March 3, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00785-CV

———————————

## IN THE INTEREST OF B.T.M. AND T.L.S.M., CHILDREN

---

### On Appeal from the 310th District Court
### Harris County, Texas
### Trial Court Cause No. 2004-37975

---

### MEMORANDUM OPINION

Appellant, D.R.M., proceeding *pro se*, filed a premature notice of appeal in the trial court, which is deemed filed on September 11, 2015, the date the order in the suit to modify the parent-child relationship was signed. *See* TEX. R. APP. P. 27.1(a). However, appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See id.* 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411

(West Supp. 2015); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by the Clerk of this Court on October 5, 2015, and again by this Court's Order on October 22, 2015, that this appeal was subject to dismissal for failure to pay the required fee, appellant did not timely respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.